# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                                                          Case Number: 01-80864

v.

                                                          JUDGE PAUL D. BORMAN

THEODORE KENDRIX,                              UNITED STATES DISTRICT COURT

                Defendant.
_____ /

## ORDER REQUESTING A MENTAL COMPETENCY EVALUATION WITHIN THIRTY (30) DAYS PURSUANT TO 18 U.S.C. § 4241(b) AND 18 U.S.C. § 4247(b)

The Court held a hearing on August 3, 2006 to determine whether Defendant wanted appointment of counsel concerning his violation of supervised release. At the hearing, standby counsel, the government, and Defendant's probation officer questioned Defendant's mental competency. The Court agrees that Defendant's mental competency should be examined.

**IT IS HEREBY ORDERED** that a psychiatric or psychological examination and report of Defendant' mental competency, pursuant to 18 U.S.C. § 4241(b), be conducted, and that a psychiatric or psychological report be filed with the Court. Defendant must be examined within thirty (30) days, pursuant to 18 U.S.C. § 4247(b). Once the competency examination is completed and the report forwarded to the Court, the Court will schedule a competency hearing pursuant to 18 U.S.C. § 4241(c).

**IT IS FURTHER ORDERED** that, given Defendant's history of violent conduct, the Defendant be separated from those individual(s) conducting his mental examination.

**SO ORDERED**.

                                            s/Paul D. Borman
                                            PAUL D. BORMAN
                                            UNITED STATES DISTRICT JUDGE

Dated:  August 4, 2006

## CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on August 4, 2006.

                                            s/Denise Goodine
                                            Case Manager